UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Plixer International, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Scrutinizer GmbH, | ) | No. 16-cv-578 |
| | ) | |
| Defendant. | ) | |

**JOINT SUBMISSION CONCERNING JURISDICTIONAL DISCOVERY**

NOW COME the parties, Plixer International, Inc., and Scrutinizer GmbH, through counsel, and advise the Court that, pursuant to the Court's Order of May 5, 2017 (the "May 5 Order"), they have accomplished the following:

1) The parties have met and conferred concerning the topics of inquiry for the limited jurisdictional discovery the Court granted in its May 5 Order.

2) Plaintiff's counsel has supplied Defense counsel with the specific discovery requests that Plaintiff intends to serve.

3) The parties have agreed that the topics of inquiry contained in Plaintiff's discovery requests are appropriate, with the proviso that Defendant reserves the right to raise valid objections to any individual request as being, for example, disproportionate to the needs of the case, or calling for information beyond its possession or control.

Respectfully submitted,

/s/ James G. Goggin
James G. Goggin
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
jgoggin@verrilldana.com

Attorney for Plaintiff Plixer International, Inc.

/s/ John A. Woodcock III
John A. Woodcock III
jwoodcock@bernsteinshur.com
Bernstein Shur
100 Middle Street, PO Box 9729
Portland, ME  04104-5029
207-774-1200

/s/ Edward J. Sackman
Edward J. Sackman
nsackman@bernsteinshur.com
Bernstein Shur
670 N. Commercial St., PO Box 1120
Manchester, NH 03105
603-623-8700
*Admitted Pro Hac Vice*

Attorneys for Defendant Scrutinizer GMBH

Dated: June 2, 2017

## CERTIFICATE OF SERVICE

I certify that on the date indicated below the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic-filing system for this action.

Dated:  June 2, 2017                              /s/ Edward J. Sackman